Form 319

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Myrna L. Crable**  :  Case No. 23–21310–CMB
*Debtor(s)*  :
  :  Chapter: 7
  :
  :
  :

## ORDER

      In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

      In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

      **AND NOW**, this **The 16th of October, 2023**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order.** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: October 16, 2023

cm: Debtor

Carlota M. Böhm, Judge
United States Bankruptcy Court