# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 10/31/2023 |
| Case: 23−21310−CMB | Form ID: 318 | Total: 25 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Robert H. Slone, Trustee | robertslone223@gmail.com |
| aty | Joseph E. Fieschko, Jr. | joe@fieschko.com |
| aty | Michelle L. McGowan | mimcgowan@raslg.com |
| aty | Robert H. Slone, Trustee | robertslone223@gmail.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Myrna L. Crable | 60 Feathers Ave    Uniontown, PA 15401 |
| cr | Mortgage Assets Management, LLC | Robertson, Anschutz, Schneid, Crane & Pa    13010 Morris Rd., Suite 450    Alpharetta, GA 30004 |
| cr | ACAR Leasing Ltd. d/b/a GM Financial Leasing | P O Box 183853    Arlington, TX 76096 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division    P.O. Box 280946    Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128−0946 |
| 15610846 | Beaumont Hospital Royal Oak | 3601 West 13 Mile Road    Royal Oak, MI 48073 |
| 15610847 | Capital One | PO Box 31293    Salt Lake City, UT 84131 |
| 15619096 | Credit Acceptance | 25505 W Twelve Mile Rd    Suite 3000    Southfield MI 48034 |
| 15610848 | GM Financial | PO Box 18145    Arlington, TX 76096 |
| 15610849 | Jefferson Capital System | 16 McCleland Road    Saint Cloud, MN 56303 |
| 15620678 | PENNSYLVANIA AMERICAN WATER | PO BOX 2798    CAMDEN, NJ 08101 |
| 15610851 | PHH Mortgage | PO Box 24606    West Palm Beach, FL 33416 |
| 15616961 | PHH Mortgage Corporation | PO Box 24606    West Palm Beach, FL 33416−4605 |
| 15610850 | Pennsylvania American Water | PO Box 37412    Pittsburgh, PA 15250−7412 |
| 15610856 | SYNCB/Walmart | PO Box 71746    Philadelphia, PA 19176 |
| 15610852 | Santander Consumer USA | 8585 North Stemmons Freewat    Suite 1100 N    Dallas, TX 75247 |
| 15613647 | Santander Consumer USA Inc. | P.O. Box 560284    Dallas, TX 75356 |
| 15610853 | South Union Township | PO Box 2047    Uniontown, PA 15401 |
| 15610854 | St. Joseph Mercy Oakland | 44405 Woodward Avenue    Pontiac, MI 48341 |
| 15610855 | Star EMS | PO Box 420155    Pontiac, MI 48342−0155 |

TOTAL: 20